**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn**

Civil Case No. 09-cv-00444-REB-MEH

DAVID L. HILDERBRAND, an individual,

    Plaintiff,

v.

CTA MANUFACTURING CORP.,
DREYCO INC., and
GREY PNEUMATIC CORP.,

    Defendants.

## ORDER DISMISSING
## DEFENDANT GREY PNEUMATIC CORP., ONLY

**Blackburn, J.**

    The matter before me is **Plaintiff's Motion To Dismiss** [#5] filed March 18, 2009. After reviewing the motion and the file, I conclude that the motion should be granted and that plaintiff's claims against defendant, Grey Pneumatic Corp., should be dismissed without prejudice.

    **THEREFORE, IT IS ORDERED** as follows:

    1. That **Plaintiff's Motion To Dismiss** [#5] filed March 18, 2009, is **GRANTED**;

    2. That plaintiff's claims against defendant, Grey Pneumatic Corp., are **DISMISSED WITHOUT PREJUDICE**; and

3.  That defendant, Grey Pneumatic Corp., is **DROPPED** as a named party to this action, and the case caption is amended accordingly.

Dated May 15, 2009, at Denver, Colorado.

BY THE COURT:

Robert E. Blackburn
United States District Judge