**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn**

Civil Case No. 09-cv-00444-REB-MEH

DAVID L. HILDERBRAND, an individual,

      Plaintiff,

v.

CTA MANUFACTURING CORP., and
DREYCO INC.,

      Defendants.

## ORDER OF DISMISSAL

**Blackburn, J.**

The matter before me is **Plaintiff's Motion To Dismiss** [#6] filed April 3, 2009. After reviewing the motion and the file, I conclude that the motion should be granted and that this action should be dismissed without prejudice.

**THEREFORE, IT IS ORDERED** as follows:

1. That **Plaintiff's Motion To Dismiss** [#6] filed April 3, 2009, is **GRANTED**; and

2. That this action is **DISMISSED WITHOUT PREJUDICE**.

Dated May 15, 2009, at Denver, Colorado.

                                      BY THE COURT:

                                      */s/ Robert E. Blackburn*
                                      Robert E. Blackburn
                                      United States District Judge